JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSEPH COHEN and MOLLY COHEN,

Plaintiffs,

v.

SHMUEL CHANIN a/k/a SAM CHANIN,

Defendant.

Case No. 2:18-cv-06186-MCS-AS

**JUDGMENT**

Pursuant to the Order Conditionally Granting Motion to Dismiss and the Order Directing Entry of Judgment,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 5, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1